# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:05CR98-MU** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTONIO CROCKETT, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Antonio Crockett's Motion in Limine to exclude evidence of jailhouse recordings of phone calls made by him during his incarceration pending trial. As the Government has declared that it currently only intends to use this evidence for impeachment of Defendant's witnesses, and Defendant has stated its tentative intent not to call any witnesses, the Court finds this motion to be premature. The motion is therefore **DENIED** with leave to be raised again in the event the Government seeks to introduce the recordings at trial.

**IT IS SO ORDERED.**

Signed: March 31, 2006

Graham C. Mullen
United States District Judge