# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO. 3:05CR98-MU |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| **ANTONIO CROCKETT,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion in Limine for Conditional Admission of Prior Consistent Statement. While the Court appreciates the Government's willingness to give notice of potential evidentiary issues, the Government's introduction of this evidence depends entirely on a speculative action to be taken by the Defendant. At this point, it is unclear whether the evidence will ever come into issue at all. As this Court is not in the business of issuing advisory opinions, the motion must be **DENIED**, with leave to be raised anew when and if the motion becomes ripe.

**IT IS SO ORDERED.**

Signed: April 3, 2006

Graham C. Mullen
United States District Judge