# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

UNITED STATES OF AMERICA

**JUDGMENT OF ACQUITTAL**

vs.

CASE NUMBER: 3:05cr98-2-Mu

ANTONIO LAMONT CROCKETT

    Pursuant to Rule 29, Motion for Judgment of Acquittal, the defendant was found NOT guilty. IT IS ORDERED that the Defendant is acquitted, discharged from federal custody, and that any bond be exonerated.

    IT IS SO ORDERED.

Signed: April 5, 2006

Graham C. Mullen
United States District Judge